(No. 1468—)

LOREN HARMON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

M. J. FALETTI, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

It appears that claimant was employed by the State of Illinois in the Department of Public Works and Buildings, Division of Highways. It appears that while on a bumper choking truck, another truck crashed into the claimant and received an injury to his left hip and that hip was draining for a long time; that the State did not pay his doctor bills; that he had to undergo an operation in December, 1928.

It appears that the doctor bills and other services for the benefit of claimant and loss of time amounted to $1,196.50. The Attorney General comes and recommends that claimant be allowed said amount.

Therefore it is recommended by the court that claimant be allowed the sum of Eleven Hundred Ninety-six and 50/100 ($1,196.50) Dollars.